# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | |
| vs. | ) | Case No. |
| RALPH ANTHONY MALDONADO Jr. | ) | 08-00273 OWW |
| | ) | |

**FILED**
AUG - 3 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Ralph Anthony Maldonado Jr, have discussed with Kimberly M. Dalton, Supervisory Pretrial Officer, modifications of my release conditions as follows:

You shall participate in the **CURFEW** component of the Location Monitoring Program and abide by all the requirements of the program which will include electronic monitoring or other location verification system. The defendant shall pay all or part of the costs of the program based upon his ability to pay as determined by the Pretrial Services Officer. You are restricted to your residence everyday from 9:00p.m. to 6:00a.m., unless otherwise approved by Pretrial Services;

You shall not possess a firearm, destructive device, or other dangerous weapon; and, all previously ordered conditions of release remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  7/30/09        _____  7/30/09
Signature of Defendant       Date            Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    7/31/09
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    8-3-09
Signature of Defense Counsel                  Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on August 3, 2009
[ ] The above modification of conditions of release is *not* ordered.

_____                    8/3/09
Signature of Judicial Officer                 Date