William M. White
Sherrie M. Flynn                #240215

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for Defendant CHARLES UGWU-OJU, M.D.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| KELLI THOMAS,<br><br>                Plaintiff,<br><br>   v.<br><br>SAMPATH SURYADEVARA, M.D.;<br>SHELLY KRUSE, M.D.; ERNEST REEVES,<br>M.D.; LORAINE GOODWIN, M.D.;<br>CHARLES UGWU-OJU, M.D.; MADERA<br>COMMUNITY HOSPITAL, a California<br>Corporation,<br><br>                Defendants. | Case No. 1:06-CV-00215-AWI-SMS<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH DEFENDANT'S OPPOSITIONS TO PLAINTIFF'S MOTIONS IN LIMINE** |

This matter having come before the Court upon the motion of Defendant CHARLES UGWU-OJU, M.D., and good cause showing for filing under seal the documents filed herewith. **IT IS HEREBY ORDERED** as follows:

    1.    The unredacted version of Dr. Oju's Opposition to Plaintiff's Motion in Limine No. 5 shall be filed under seal; and

    2.    Exhibit "A" to the Declaration of Sherrie M. Flynn filed in Opposition to Plaintiff's Motion in Limine No. 5 shall be filed under seal.

///

3.   Any members of the public who desire access to the records sealed in connection with this Order, may bring an application to challenge the Order.

DATED: _August 20, 2009

/s/ OLIVER  W WANGER_____
The Honorable Judg
United States District Court Judge, Eastern District of California

C:\WINDOWS\Temp\notes101AA1\~5400895.WPD

ORDER GRANTING DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH DEFENDANT'S OPPOSITIONS TO PLAINTIFF'S MOTIONS IN LIMINE