**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-cr-0273 OWW |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| | ) | |
| v. | ) | |
| | ) | |
| RALPH ANTHONY MALDONADO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

To the parties and their attorneys of record:

Attorney Charles Magill is ordered to appear in Courtroom 3 of this Court, September 2, 2009, at the hour of 8:00 a.m. to show cause re: the Court's inquiry into:

(1) Use of and reference to the Bible during closing arguments;

(2) Post-trial communication with the courtroom deputy clerk.

SO ORDERED

Dated: August 31, 2009

                                           /s/ Oliver W. Wanger
                                           Oliver W. Wanger
                                  United States District Judge