UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>RALPH ANTHONY MALDONADO,<br><br>        Defendant. | 1:08-cr-0273 OWW<br><br>RESPONSE TO DEFENDANT'S<br>REQUEST FOR CLARIFICATION |

On August 31, 2009, attorney Charles F. Magill filed a Request for "Further Clarification" regarding the content of the 'Post-Trial Communication with the Courtroom Deputy Clerk.'"

The Court's inquiry is intended to ascertain from Mr. Magill the nature, extent, duration, and content of any communication that occurred between counsel and the Courtroom Deputy Clerk in the courtroom following the trial.  It has been reported that Mr. Magill re-referred to and reenacted part of his closing argument during this time.

SO ORDERED.

DATED:  September 1, 2009.

                                         /s/ Oliver W. Wanger
                                          Oliver W. Wanger
                                       United States District Judge