1  LAWRENCE G. BROWN
   United States Attorney
2  DAVID L. GAPPA
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:08-CR-00273 OWW |
|---|---|---|
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| v. | ) | |
| RALPH ANTHONY MALDONADO, JR., | ) | |
| Defendant. | ) | |

Based upon the guilty verdict entered August 28, 2009, against defendant Ralph Anthony Maldonado, Jr. and defendant's subsequent stipulation to the forfeiture, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 1467, defendant Ralph Anthony Maldonado's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a)  Toshiba laptop computer, serial number 47198052K;

   b)  Hewlett Packard Pavilion desktop computer, serial number CNH54203FW;

   c)  Sony digital camera, model DSC-P-32,

|   |   |   |
|---|---|---|
|   |   | serial number 3489993, with case and two memory sticks[1]/; |
|   | d) | LG cell phone, model VX8500, serial number 608KPXV0494042, with charger; and |
|   | e) | 30 CDs. |

2.  The above-listed property was used or intended to be used to commit or promote the commission of a violation of 18 U.S.C. § 1470 and constitutes obscene material produced, transported, mailed, shipped, or received in a violation of 18 U.S.C. § 1470.

3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States, in its secure custody and control.

4.  a.  Pursuant to 18 U.S.C. § 1467(b), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed

---

[1]/   The government has agreed to transfer family photos from the memory sticks to a CD and give the CD to defendant.

PRELIMINARY ORDER OF FORFEITURE            2

1  property, must file a petition with the Court within sixty (60)
2  days from the first day of publication of the Notice of Forfeiture
3  posted on the official government forfeiture site, or within thirty
4  (30) days from receipt of direct written notice, whichever is
5  earlier.
6     5.  If a petition is timely filed, upon adjudication of all
7  third-party interests, if any, this Court will enter a Final Order
8  of Forfeiture pursuant to 18 U.S.C. § 1467 in which all interests
9  will be addressed.
10    IT IS SO ORDERED.
11 **Dated:   November 17, 2009**              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE