BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-CR-00273 OWW |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| RALPH ANTHONY MALDONADO, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about November 17, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 1467, based upon the guilty verdict entered August 28, 2009, against defendant Ralph Anthony Maldonado, Jr. and defendant's subsequent stipulation to the forfeiture, forfeiting to the United States the following property:

        a)    Toshiba laptop computer, serial number 47198052K;

        b)    Hewlett Packard Pavilion desktop computer, serial number CNH54203FW;

        c)    Sony digital camera, model DSC-P-32, serial number 3489993, with case and two

|   |   |   |
|---|---|---|
|   |   | memory sticks[1]/; |
|   | d) | LG cell phone, model VX8500, serial number 608KPXV0494042, with charger; and |
|   | e) | 30 CDs; |

AND WHEREAS, beginning on November 20, 2009, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 1467, to be disposed of according to law, including all right, title, and interest of Ralph Anthony Maldonado, Jr.

2.   All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///

///

---

**1/**   The government has agreed to transfer family photos from the memory sticks to a CD and give the CD to defendant.

1   3.   The U.S. Marshals Service shall maintain custody of and
2 control over the subject property until it is disposed of according
3 to law.
4   SO ORDERED THIS <u>9th</u> day of <u>February</u>, 2010.

<pre>
                          /s/ OLIVER W. WANGER
                          OLIVER W. WANGER
                          United States District Judge
</pre>

FINAL ORDER OF FORFEITURE                    3